**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:14MJ-00211 |
| Cesar Rafael Rios-Quintero | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __DEFENDANT_____, IT IS ORDERED that a detention hearing is set for __TUESDAY, MAY 27, 2014_____, _____, at __3:00_____ ☐a.m. / ☒p.m. before the Honorable ___SHERI PYM_____, in Courtroom __4 - 3rd FLOOR_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __May 22, 2014_____     ___Sheri Pym_____
United States Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                           Page 1 of 1